**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01161-CV

**JUAN FLORES AND SAYRA FLORES, INDIVIDUALLY AND AS NEXT FRIENDS OF L.F., S.F. AND P.F., MINORS, Appellants**

**V.**

**ONCOR ELECTRIC DELIVERY COMPANY, LLC, ENERGY FUTURE HOLDINGS CORP., ONCOR ELECTRIC DELIVERY ADMINISTRATION CORP., AND DRU THOMSON, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06568**

### ORDER

The clerk's record in this case is overdue. By postcard dated November 23, 2022, we notified the Dallas County District Clerk that the clerk's record was overdue and directed her to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2)

written verification that appellants have not paid for or made arrangements to pay for the clerk's record and that appellants have been found not entitled to proceed without payment of costs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Felicia Pitre
Dallas County District Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE